**No. 67186.**—United Narrow Fabrics et al. *v.* United States, protests 315193–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon pile ribbon similar in use to silk pile ribbon and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiffs was sustained.

**No. 67187.**—The May Dept. Stores Co., Inc. (Kaufmann Div.) *v.* United States, protests 323407–K and 60/2692 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of knit outerwear of synthetic textile, valued over $5 per pound, similar in use to wool knit outerwear and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, NOVEMBER 13, 1962

**No. 67188.**—I. B. Cohen & Sons Corp. et al. *v.* United States, protests 61/14486, etc. (New York).

Opinion by JOHNSON, J. It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351) and that the merchandise, reported by the inspector as manifested, not found, was not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon the quantities of merchandise, which were reported by the inspector as manifested, not found. The protests were sustained to this extent.